MANDELLA M. CAHILL, as Executrix of WILLIAM P. W. HAFF, Deceased, Respondent, *v.* HARMON B. W. HAFF, Appellant.

(Submitted October 8, 1928; decided October 16, 1928 )

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 377; 249 N. Y. 509.)

ASSIR M. LEWINE, Respondent and Appellant, *v.* NATIONAL CITY BANK OF NEW YORK, Appellant and Respondent, Impleaded with Another.

(Reargued October 4, 1928; decided October 23, 1928.)

*Carl A. Mead* and *John A. Garver* for National City Bank, appellant and respondent.

*Philip Adler* and *Irvine J. Shubert* for respondent.

*Per Curiam.* The evidence of custom offered on the trial was properly excluded.

The court, therefore, adheres to its prior decision. (*Lewine* v. *National City Bank*, 248 N. Y. 365.)

The judgment should be affirmed, with costs.

POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ., concur; CARDOZO, Ch. J., and LEHMAN, J., dissent.

Judgment affirmed.